In the Matter of WILLIAM B. HERLANDS, as Commissioner of Investigation of the City of New York, Appellant.

KENNETH SUTHERLAND, Respondent.

Argued May 25, 1942; decided June 18, 1942.

*William C. Chanler*, Corporation Counsel (*G. William Shea* and *Paxton Blair* of counsel), for appellant.

*Sidney Squire, Oscar A. Lewis* and *Lloyd B. Kanter* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: FINCH and DESMOND, JJ.